HENRY F. ZINNER, Appellant, *v.* NEWELL D. PALMER et al.,
Respondents.

Argued June 10, 1948; decided July 16, 1948.

*Robert Lamont* for appellant.
*Robert J. Leamy* for respondents.

Judgment of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, upon the ground that the weight of the evidence supports the findings of the Special Term.  No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ.  Taking no part: CONWAY, J.